UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In Re:
**EZELL GADIS, JR. &**
**ALETA A. GADIS**   Case Number: 18-30135-DOF
                    Chapter 13
                    Judge **OPPERMAN**

Debtors.
_____/

## STIPULATION TO ENTRY OF ORDER ALLOWING DEBTOR TO TRANSFER PROPERTY

NOW COMES the Debtor, Ezell Gadis, Jr., and Chapter 13 Trustee and the parties hereby stipulate as follows:

1. This case was filed on January 18, 2018.

2. Debtor, Ezell Gadis, Jr., disclosed on Schedule A/B his ownership interest in real property located at 1177 N. Cornell Ave., Flint, MI 48505.

3. Debtor's father deeded the property to the Debtor on March 15, 2017 prior to his entry into an assisted living facility.

4. The Debtor has recently been advised that this transfer falls within Medicaid's "gift divestment period". Unless the property is deeded back to the Debtor's, the Debtor's father will lose his Medicaid benefits and the Debtor will incur significant costs to continue his care. The estimated costs are in excess of $8,300.00.

5. The value of the property is $3,000.00.

6. The parties agree to entry of an Order Allowing Debtor to Transfer Property, in the form attached as Exhibit A.

/s/ Carl L. Bekofske
**CARL L. BEKOFSKE** (P10645)
**CHAPTER 13 TRUSTEE**
400 N. Saginaw St., Ste. 331
Flint, MI 48502
(810) 238-4675
ECF@flint13.com

/s/ Stacy M. Davis
**STACY M. DAVIS** (P65658)
**BRECKENRIDGE & DAVIS, P.C.**
726 Church Street
Flint, MI 48502
(810) 239-4050
breckenridgedavis@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In Re:
**EZELL GADIS, JR. &**
**ALETA A. GADIS**   Case Number: 18-30135-DOF
                     Chapter 13
                     Judge **OPPERMAN**

Debtors.
_____/

### PROPOSED ORDER ALLOWING DEBTOR TO TRANSFER PROPERTY

**THIS MATTER COMES** before the Court on the Stipulation of the Debtor, Ezell Gadis, Jr., and the Standing Chapter 13 Trustee, Carl L. Bekofske, for entry of an Order Allowing Debtor to Transfer Property, and this Court, having reviewed the Stipulation and proposed Order and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Debtor, Ezell Gadis, Jr., shall have permission to execute a Quit Claim Deed, transferring the real property located at 1177 N. Cornell Ave., Flint, MI 48505, from himself to his father, Ezell Gadis, Sr.

**IT IS FURTHER ORDERED** that Debtor's counsel shall serve a copy of the Order Allowing Debtor to Transfer Property on the creditor matrix.

**IT IS FURTHER ORDERED** that creditors shall have fourteen (14) days from the date of service of this Order to file an objection.

### EXHIBIT A